212 F.2d 809
 93 U.S.App.D.C. 379
 SHAY,
v.
UNITED STATES.
BROWN
v.
UNITED STATES.
 Nos. 11809, 11846.
 United States Court of Appeals,
District of Columbia Circuit.
 Argued Nov. 20, 1953.
Decided Feb. 19, 1954.
Writ of Certiorari Denied June 7, 1954.
See 74 S.Ct. 865.
 
 Messrs. Curtis P. Mitchell and DeLong Harris, Washington, D.C., for appellants.
 Mr. Samuel J. L'Hommedieu, Jr., Asst. U.S. Atty., Washington, D.C., with whom Messrs. Leo A. Rover, U.S. Atty., Lewis A. Carroll, and John D. Lane, Asst. U.S. Attys., Washington, D.C., were on the brief, for appellee. Messrs. E. Riley Casey, Asst. U.S. Atty., and William R. Glendon, Asst. U.S. Atty., Washington, D.C., at time record was filed entered appearances in No. 11809. Mr. William J. Peck, Asst. U.S. Atty., Washington, D.C., at time record was filed, entered an appearance in No. 11809 and No. 11846.
 Before EDGERTON, BAZELON, and WASHINGTON, Circuit Judges.
 PER CURIAM.
 
 
 1
 Of the several contentions raised on these appeals, the only one that would otherwise require discussion relates to the form and execution of search warrants and is answered by Ledbetter v. United States, 93 U.S.App.D.C. . . ., 211 F.2d 628. As we held in that case, D.C. Code 1951 § 23-301 need not be complied with when Rule 41 of the Federal Rules of Criminal Procedure (28 U.S.C.A.) is complied with.
 
 
 2
 Affirmed.